Opinion issued July 25, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00450-CV

____________


PEGGY HALL, Appellant


V.


ROSS STORES, INC., Appellee






On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 2001-01131






O P I N I O N

 The parties have filed a joint motion to dismiss their appeal. The motion is in
writing, signed by counsel for the parties. The Court has not yet issued an opinion. 
Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P.
42.1(a).

 All pending motions in this appeal are overruled as moot.

 The clerk of this Court is directed to issue mandate within 10 days of the date
of this opinion. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Hedges, Taft and Jennings


Do not publish. Tex. R. App. P. 47.